UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ALVAREZ, *et al.*,<br><br>Defendants. | Case No. 14-cr-00120-EMC-3<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 771 |

Defendant Luis Cid-Salinas has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Docket No. 771. In his motion, Mr. Cid-Salinas contends that his convictions of Racketeering Conspiracy and Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering Activity do not qualify as crimes of violence under either the force clause or the residual clause of 18 U.S.C. § 924(c) (possession, use, or carrying a firearm in furtherance of a crime of violence or drug trafficking crime). *Id.* at 2.

Pursuant to the Federal Rules Governing Section 2255 Proceedings, the Court has conducted a preliminary review of the motion. *See* Fed. R. Governing § 2255 Proceedings 4 (providing that "[t]he judge who receives the motion must promptly examine it"). Based on this review, the Court cannot say that it "plainly appears from the motion . . . that the moving party is not entitled to relief." *Id.* Accordingly, the Court hereby orders the United States to respond to the motion per the schedule below. *See id.* (providing that, "[i]f the motion is not dismissed, the judgment must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order").

1. The United States shall file a response to Mr. Cid-Salinas's motion within sixty (60) days of the date of this order.

2. If the United States files an answer, it must conform to Rule 5 of the Federal Rules Governing § 2255 Proceedings. If the United States files an answer, Mr. Cid-Salinas may submit a reply within ninety (90) days of the date of this order.

3. If the United States responds with, *e.g.*, a motion to dismiss or any other motion for relief, the parties shall meet and confer to discuss a mutually agreeable briefing schedule.

**IT IS SO ORDERED**.

Dated: June 29, 2016

_____
EDWARD M. CHEN
United States District Judge