**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-14-00120-CRB-3 |
| Plaintiff, | |
| vs. | ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |
| LUIS CID-SALINAS, | |
| Defendant. | |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of filing a motion for early termination of supervised release.

Brian P. Berson
1000 Brannan St., Ste. 488
San Francisco, CA 94103
(415)788-2707
Brian@Bersonlaw.net



Appointing Judge: Hon. Judge Charles R. Breyer

July 8, 2026
_____
Date of Order

July 07, 2026
_____
Nunc Pro Tunc Date